# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Debra Thul

Case No. Civil 00-2181RHK/SRN

v.

**JUDGMENT IN A CIVIL CASE**

Menard, Inc., d/b/a Cashway Lumber

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Menard's motion to dismiss is **GRANTED** and Thul's claims are **DISMISSED WITHOUT PREJUDICE**.

DATE: January 2, 2001

FRANCIS E. DOSAL, CLERK

Denise LaFond, Deputy Clerk