**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Debra Thul,

Plaintiff,

vs.

Menard, Inc., d/b/a Cashway Lumber

Defendant.

Civil File No. 00-2181 RHK/SRN

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

---

The parties hereto, by and through their respective counsel of record, hereby stipulate and agree that the above-captioned action, dismissed without prejudice on January 2, 2001, shall be dismissed with prejudice, on the merits, and without costs to either party.

Dated: ~~November~~ December 26, 2001

By [signature]
Marko J. Mrkonich (#125660)
Heather C. Sherman (#0288135)
LITTLER MENDELSON, P.C.
Multifoods Tower
33 South 6th Street, Suite 3110
Minneapolis, Minnesota 55402.3720
Telephone: 612.630.1000
Facsimile: 612.630.9626

**ATTORNEYS FOR DEFENDANT MENARD, INC.**

FILED JAN 03 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD JAN 03 2002
DEPUTY CLERK

Dated: ~~November~~ Dec. 6, ,2001

By: ______________________
Lori Peterson
Sheila Dokken
700 Lumber Exchange Building
10 South Fifth Street
Minneapolis, Minnesota 55402

**ATTORNEYS FOR PLAINTIFF DEBRA THUL**

**ORDER**

Pursuant to the Stipulation of the parties as set forth above, and good cause appearing, **IT IS HEREBY ORDERED**, that this action, dismissed without prejudice on January 2, 2001, shall be dismissed with prejudice, on the merits, and without costs to either party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: 2/03, 2002

BY THE COURT

______________________
Judge of District Court